# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L | U.S. Dist Court, W.D. of WA | 4/3/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, Room 14134<br>Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Whitman College |
| 2. Trustee | Hugh S. Cannon Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 APR 10 A 11: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed artist |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank (X) | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Rental Property (2005 - $294,842) | D | Rent | N | S | | | | | |
| 4. Shoreline, WA Rental Property (2005 - $482,000) | D | Rent | N | S | | | | | |
| 5. Seattle, WA Rental Property (2005 - $205,000) | D | Rent | M | S | | | | | |
| 6. ISROB Associates | B | Distribution | J | U | | | | | |
| 7. Bank of Washington Common Stock | D | Dividend | L | T | | | | | |
| 8. Charter Bank Common Stock | B | Dividend | M | T | | | | | |
| 9. Barclay Seed Co. Common Stock | | None | | | Written off | 8/15 | J | | |
| 10. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 11. -- Starbucks Common Stock | | None | O | T | Part Sale | 5/6 | L | F | |
| 12. | | | | | Part Sale | 11/8 | L | F | |
| 13. | | | | | Gift | 11/28 | K | | |
| 14. -- Schwab Money Market Fund | B | Interest | L | T | | | | | |
| 15. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 16. -- Russell 2000 Ishares | D | Dividend | O | T | | | | | |
| 17. -- SPDR Units | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Microfield Common Stock | | None | J | T | Buy | 10/17 | J | | |
| 19. LEGACY TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 20. -- 6/30/05 Note | B | Interest | | | Matured | 6/30 | K | | |
| 21. -- 3/31/06 Note | A | Interest | K | T | | | | | |
| 22. -- 5/15/07 Note | B | Interest | K | T | | | | | |
| 23. -- 6/30/07 Note | C | Interest | L | T | Buy | 6/30 | L | | |
| 24. Chevron Texaco Common Stock | C | Dividend | M | T | | | | | |
| 25. T.R. Price Eur. St. Mutual Fund | F | Dividend | N | T | | | | | |
| 26. Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 27. BROKERAGE IRA #1 | | | | | | | | | |
| 28. -- Starbucks Common Stock | | None | O | T | | | | | |
| 29. -- Chemical Bank Zero Coup Note | | None | J | T | | | | | |
| 30. -- Pepsico Zero Coup Notes | | None | K | T | | | | | |
| 31. -- Chattanooga Corp Zero Coup Note | | None | | | Matured | 1/3 | K | D | |
| 32. -- Int Flabors Zero Coup Note | | None | K | T | | | | | |
| 33. -- Ford Zero Corp Note | | None | K | T | | | | | |
| 34. -- Household Fin Zero Corp Note | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Gov't Back Trust Notes | | None | | | Matured | 8/15 | K | B | |
| 36. -- Gov't Secs. Trust Notes | | None | J | T | | | | | |
| 37. -- U.S. Treasury Strips | | None | L | T | Part mature | 8/15 | K | D | |
| 38. -- Tenn. Valley Auth. Note | | None | | | Matured | 5/2 | K | C | |
| 39. -- Fed Nat Mort Assn Strips | | None | | | Matured | 9/23 | L | E | |
| 40. -- Gov't Trust Cert. | | None | K | T | | | | | |
| 41. -- Resolution Trust Strips | | None | M | T | | | | | |
| 42. -- New Jersey Pension Note | | None | | | Matured | 2/15 | L | D | |
| 43. -- MBNA Bank CD | A | Interest | K | T | | | | | |
| 44. -- First USA Bank CD | B | Interest | | | Matured | 9/13 | K | | |
| 45. -- Capital One Bank CD | B | Interest | K | T | | | | | |
| 46. -- Providian Bank CD | C | Interest | L | T | | | | | |
| 47. -- Bank Hapoalim CD | C | Interest | L | T | | | | | |
| 48. -- Discover Bank CD | C | Interest | L | T | | | | | |
| 49. -- Russell 2000 I Shares | D | Dividend | O | T | | | | | |
| 50. -- Doral Bank CD | B | Interest | L | T | | | | | |
| 51. -- Flagstar Bank CD | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Morton Bank CD | C | Interest | L | T | | | | | |
| 53. -- Fed Nat Mortg. Notes | A | Interest | L | T | | | | | |
| 54. -- Citibank Bank Deposit Program | B | Interest | M | T | | | | | |
| 55. -- MB Financial CD | C | Interest | L | T | Buy | 3/7 | L | | |
| 56. -- Lehman Bros CD | B | Interest | L | T | Buy | 4/11 | L | | |
| 57. -- BMW Bank CD | B | Interest | L | T | Buy | 8/22 | L | | |
| 58. -- Metro Bank CD | | None | L | T | Buy | 10/3 | L | | |
| 59. -- First Sign. Bank CD | | None | K | T | Buy | 11/18 | K | | |
| 60. -- Sweden Zero Bonds | | None | J | T | Buy | 2/24 | J | | |
| 61. -- International Lease Bonds | B | Interest | K | T | Buy | 7/14 | J | | |
| 62. | | | | | Buy | 7/15 | K | | |
| 63. -- Dow Chem. Bonds | A | Interest | J | T | Buy | 3/3 | J | | |
| 64. -- GMAC Bonds | B | Interest | K | T | Buy | 2/27 | K | | |
| 65. -- Merrill Lynch Notes | B | Interest | K | T | Buy | 4/2 | K | | |
| 66. BROKERAGE IRA #2 | | | | | | | | | |
| 67. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 68. -- Am. Century Ultra Mut. Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- Janus Balanced Mut. Fund | A | Dividend | K | T | | | | | |
| 70. -- T Rowe Price New Asia | A | Dividend | J | T | | | | | |
| 71. -- Russell 2000 I Shares | A | Dividend | J | T | Buy | 1/24 | J | | |
| 72. BROKERAGE IRA #3 | | | | | | | | | |
| 73. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 74. -- Am. Century Ultra Mut. Fund | A | Dividend | J | T | | | | | |
| 75. -- Janus Balanced Mut. Fund | A | Dividend | J | T | | | | | |
| 76. -- T.R. Price New Asia Mut. Fund | A | Dividend | J | T | | | | | |
| 77. BROKERAGE IRA #4 | | | | | | | | | |
| 78. -- Int. Bank for Recon. Note | A | None | | | Matured | 3/15 | J | A | |
| 79. -- GMAC Bond | B | Interest | J | T | | | | | |
| 80. -- S&P 500 I Shares | B | Dividend | L | T | Buy | 7/12 | J | | |
| 81. -- Russell 2000 I Shares | B | Dividend | L | T | Buy | 7/12 | J | | |
| 82. -- Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 83. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 84. -- Sparks, NV Rev. Bonds | A | Interest | | | Matured | 3/11 | K | A | |
| 85. -- Sparks NV Redev. Agy Bond | A | Interest | | | Matured | 1/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- Clark City NV Trans. Bond | A | Interest | | | Redeemed | 7/1 | J | A | |
| 87. -- Arapahoe, CO Cap Bond | | None | | | Matured | 8/31 | J | A | |
| 88. -- Pierce County School Dist. Bond | | None | | | Matured | 12/1 | J | A | |
| 89. -- Tacoma, WA Public Util. Bond | A | Interest | J | T | | | | | |
| 90. -- Utah Building Own. Bond | A | Interest | J | T | | | | | |
| 91. -- Washington State Bonds | B | Interest | K | T | | | | | |
| 92. -- Bensalem, PA Wtr. Bonds | | None | J | T | | | | | |
| 93. -- Maricopa, AZ Dev. Auth. Bond | A | Interest | J | T | | | | | |
| 94. -- Providian Bank - CD | A | Interest | | | Matured | 12/27 | K | | |
| 95. -- Gold Bank - CD | A | Interest | K | T | | | | | |
| 96. -- MBNA Bank - CD | A | Interest | K | T | | | | | |
| 97. -- First Am Bank - CD | A | Interest | J | T | | | | | |
| 98. -- Lehman Bros. Notes | B | Interest | K | T | | | | | |
| 99. -- Atlanta, GA Bonds | B | Interest | K | T | | | | | |
| 100. -- Snohomish Cty PUD Bonds | B | Interest | K | T | | | | | |
| 101. -- Tempe, AZ School Bonds | A | Interest | K | T | | | | | |
| 102. -- Lower CO River Auth Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. – Phoenix, AZ G.O. Bond | B | Interest | K | T | | | | | |
| 104. – U of IL Notes | B | Interest | K | T | | | | | |
| 105. – Jenison MICH School Notes | A | Interest | K | T | | | | | |
| 106. – WA St. Health Bonds | A | Interest | K | T | Buy | 8/2 | K | | |
| 107. – Spokane WA G.O. Bonds | B | Interest | K | T | Buy | 8/10 | K | | |
| 108. – King Cty. S.D. 402 | A | Interest | K | T | Buy | 2/25 | K | | |
| 109. – Gilbert AZ G.O. Bonds | A | Interest | J | T | Buy | 6/13 | J | | |
| 110. – Maricopa AZ SD Bonds | | None | J | T | Buy | 2/25 | J | | |
| 111. – Tamarack Funds | B | Interest | L | T | Notes Item 3 | 7/20 | K | | |
| 112. HUGH CANNON FOUNDATION | | | | | | | | | |
| 113. – Boeing Common Stock | C | Dividend | M | T | | | | | |
| 114. – Exxon Mobil Common Stock | D | Dividend | N | T | | | | | |
| 115. – Fannie Mae Common Stock | C | Dividend | M | T | | | | | |
| 116. – Fed Home Loan Common Stock | D | Dividend | N | T | | | | | |
| 117. – Ford Common Stock | C | Dividend | L | T | | | | | |
| 118. – G.E. Common Stock | D | Dividend | N | T | | | | | |
| 119. – IBM Common Stock | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Merck Common Stock | D | Dividend | M | T | | | | | |
| 121. -- Pfizer Common Stock | C | Dividend | M | T | | | | | |
| 122. -- Safeco Common Stock | C | Dividend | M | T | | | | | |
| 123. -- Verizon Common Stock | D | Dividend | M | T | | | | | |
| 124. -- WA Mutual Bank Common Stock | F | Dividend | P1 | T | | | | | |
| 125. -- 3M Common Stock | D | Dividend | N | T | | | | | |
| 126. -- Tamarack Money Fund | C | Interest | K | T | | | | | |
| 127. -- Albertson's Common Stock | C | Dividend | M | T | | | | | |
| 128. -- Medco Common Stock | | None | K | T | | | | | |
| 129. -- BP ADR | D | Dividend | N | T | | | | | |
| 130. BROKERAGE IRA #5 | | | | | | | | | |
| 131. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 132. -- Russell 2000 Index Fund | D | Dividend | O | T | | | | | |
| 133. -- Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 134. Vanguard Intl. Tax Managed Fund | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. 2004 Report, Part VII, Lines 3 & 4: Value of account fell below qualifying minimum.

2. 2004 Report, Part VII, Lines 37-40, 41-43, and 51-52: Brokerage Accounts 3, 4 & 5 were closed.

3. 2004 Report, Part VII, Line 143: Account transferred to new firm. Old money fund converted to new money fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 4/3/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur[                    ]Date  April 3, 2006

NOTE: [                                    ]FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR[                    ]

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544